UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN RE: ) | |
|    WILLIAM DELMAR DALTON, SR., ) Deceased | Case No.: 10-35036 |
| | Chapter 13 |
|    JUDITH RAE DALTON ) | |
|          Debtor(s) ) | |

MOTION FOR AUTHORIZATION TO SELL VEHICLE FREE
AND CLEAR OF LIENS

  Come(s) now Debtor(s), William Delmar Dalton, Sr., Deceased, and Judith Rae Dalton, by counsel, in order to move the Court for an Order Authorizing Sale of Vehicle Free and Clear of Liens, and in support thereof, Debtor(s) respectfully represent(s) the following:

  1.  That Debtor(s) filed his/her /their petition commencing this case under Chapter 13 of the Bankruptcy Code on 10/22/10.

  2.  That among the assets which constitute property of the Debtor's estate is a <u>2004 Ford F250 Lariat Crew Cab ¾ ton V-8 Super Duty truck</u> with VIN # 1FTNW21P44EB88445.

  3.  That the following entity (ies) have lien(s) against said vehicle as follows:

| <u>Name of Lienholder/Description</u> | <u>Approximate Lien Payoff Balance</u> |
|---|---|
| <u>Ford Motor Credit Company, LLC</u> (title lien) | $7,738 or $2,627 * |

1

\* Said $7,738 was the payoff balance as of 5/1/14, with interest accruing at the contract rate of 11.24 %, if the vehicle is sold without the Debtor(s) receiving a hardship discharge pursuant to 11 USC 1328(b).

NOTE: Mrs. Dalton has been advised by counsel that if she were to seek and receive a hardship discharge as a result of Mr. Dalton's death and the loss of household income resulting therefrom, then the payoff balance would be expected to be only $2,627 (per the Trustee's "Status of Claims as of 5/9/2014"), with interest accruing at the modified rate of 4.75% pursuant to the terms of the confirmed Chapter 13 Plan.

4. That Mrs. Dalton has received an offer to purchase said vehicle from Joseph Wawrzyniak of South Bend, Indiana for the price of $12,700 and the parties have signed a bill of sale for said amount, dated 4/23/14, which states that the transaction is subject to the approval of the Court.

5. That, according to NADAguides.com, the value of said vehicle is estimated to be $11900 "rough trade-in", $13250 "average trade-in", $14350 "clean trade-in", and $17725 clean retail. That, furthermore, Mrs. Dalton has informed counsel that her son has helped her find the buyer for said vehicle and that she and her son believe that $12700 is a reasonable price for the vehicle.

6. That, if the above-mentioned proposed sale is approved by the Court, Debtor(s) propose(s) to distribute the sales proceeds as follows: First, to pay off Ford's title lien, in full, either according to the terms of the contract between the parties (if Debtors do not seek and receive a hardship discharge) or pursuant to the "cram down" provisions of the confirmed Chapter 13 Plan in this case (if Debtors seek and receive a hardship discharge); Second, to the Standing Chapter 13 Trustee, to the extent needed to cure the delinquency in payments to the Trustee; and Third, with all remaining funds being paid to Judith Rae Dalton, Debtor, to be used for her reasonable living expenses due to the loss of Mr. Dalton's income when he passed away.
.

WHEREFORE, Debtor(s) respectfully request(s) that the Court, after appropriate notice, authorize the sale of said vehicle to Joseph Wawrzyniak (free and clear of

liens, with liens attaching to the sales proceeds for the benefit of Ford Motor Credit Company, LLC) for the agreed upon price of $12,700.

/s/ James K. Tamke                                                              Dated: 5/11/14
James K. Tamke, Attorney (#12030-71)
James K. Tamke, P.C.
Representing the Debtor(s)
922 East Jefferson Blvd.
South Bend, IN 46617
(574) 289-8788

## CERTIFICATE OF SERVICE

I CERTIFY THAT ON OR ABOUT 5/11/14 SERVICE OF A TRUE AND COMPLETE COPY OF THE ABOVE MOTION WAS MADE UPON THE FOLLOWING: DEBRA MILLER, TRUSTEE, P.O. BOX 11550, SOUTH BEND, IN 46634; HARLEY K. MEANS, ATTORNEY FOR FORD MOTOR CREDIT COMPANY LLC, KROGER, GARDIS & REGAS, LLP, 111 MONUMENT CIRCLE, SUITE 900, INDIANAPOLIS, IN 46204; JOSEPH WAWRZYNIAK, 17244 CLEVELAND RD., SOUTH BEND, IN 46635, AND U.S. TRUSTEE, 1 MICHIANA SQUARE, ROOM 555, 100 EAST WAYNE STREET, SOUTH BEND, IN 46601; BY ELECTRONIC TRANSMISSION AND/OR BY DEPOSITING THE SAME IN THE UNITED STATES MAIL IN ENVELOPE(S) PROPERLY ADDRESSED AND WITH SUFFICIENT FIRST CLASS POSTAGE AFFIXED.

/s/ James K. Tamke
James K. Tamke